IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00228-CMA-MJW

HAMILTON BROTHERS PETROLEUM CORPORATION,
BHP PILLITON PETROLEUM GREAT BRITAIN, LIMITED, and
BHP PETROLEUM (U.K.) CORPORATION,

      Plaintiffs,

v.

SCOTT A. CUNNINGHAM,

      Defendant.

## ORDER GRANTING MOTION TO STAY

This matter is before the Court on the parties' Joint Motion to Stay Pending Settlement Efforts (Doc. # 18).  The Court being fully advised and informed, hereby GRANTS the Motion.

IT IS FURTHER ORDERED that:

1.     This case is STAYED until May 30, 2013;

2.     The parties are to submit a Joint Status Report every 30 days, beginning 30 days from the date of this Order;

3.     The Scheduling Conference before Magistrate Judge Watanabe, scheduled for April 1, 2013, is VACATED; and

4. At the end of the stay, the parties are to submit a Proposed Scheduling Order.

DATED: March   27  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge