IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00228-CMA-MJW

HAMILTON BROTHERS PETROLEUM CORPORATION,
BHP BILLITON PETROLEUM GREAT BRITAIN, LIMITED, and
BHP PETROLEUM (U.K.) CORPORATION,

Plaintiff(s),

v.

SCOTT A. CUNNINGHAM ,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion to Stay Pending Resolution of Similar But More Expansive State Case Currently Proceeding in Arapahoe County District Court (Docket No. 28), which is unopposed (see Docket No. 31), is granted, finding good cause shown.  It is thus further

ORDERED that this case is STAYED until further order of the court pending resolution of a case in District Court in Arapahoe County, *Greenacre v. BHP Biliton Petroleum Great Britain, Ltd.*, Case Number 2012CV1543.  It is further

ORDERED that starting on November 1, 2013, and on the first day of  every month thereafter until resolution of the above-reference state court action, the parties shall submit a Joint Status Report to this court concerning the status of that state court action.

Date: September 3, 2013