**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00228-CMA-MJW

HAMILTON BROTHERS PETROLEUM CORPORATION,
BHP PILLITON PETROLEUM GREAT BRITAIN, LIMITED, and
BHP PETROLEUM (U.K.) CORPORATION,

      Plaintiffs,

v.

SCOTT A. CUNNINGHAM,

      Defendant.

## ORDER FOR ADMINISTRATIVE CLOSURE

This matter is before the Court *sua sponte.* Defendant's Motion to Stay Pending Resolution of Similar [ ] State Case in Arapahoe County District Court (Doc. # 28), was granted by Minute Order (Doc. # 32) dated September 3, 2013. Upon further review of the case file, rather than allow the matter to remain open for an indeterminate number of months or possibly years and require the filing of monthly status reports, it is hereby ORDERED as follows:

      1.    Pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action for one year **until September 12, 2014**, at which time this case will be dismissed entirely, unless one or both of the parties file a motion prior to that date, updating the Court on the status

of the state court proceedings and requesting that this case remain pending as administratively closed.

     2.    Within 14 days of the resolution of the state case, provided the case has not been dismissed, the parties are DIRECTED to file a notice informing the Court of the resolution and requesting that the case be either dismissed or reopened.

     DATED: September __12__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge